**Rena REAGIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27283.

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful possession of whisky, beer, and gin for the purpose of sale in a dry area is the offense, with punishment assessed at a fine of $400.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.